# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2545

_____

THOMAS V. CUNILIO,

    Appellant,

v.

MARIA C. CUNILIO,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George Wright, Judge.

September 20, 2022

PER CURIAM.

    AFFIRMED.

ROWE, C.J., and LEWIS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas V. Cunilio, pro se, Appellant.

No appearance for Appellee.